No. 11–9307.  HENDERSON v. UNITED STATES.  C. A. 5th Cir. [Certiorari granted, 567 U. S. 934.]  Motion of petitioner for ap-

pointment of counsel granted. Patricia A. Gilley, Esq., of Shreveport, La., is appointed to serve as counsel for petitioner.